1   DOUGLAS M. ROWAN
    Nevada Bar No. 4736
2   ATKIN WINNER & SHERROD
    1117 South Rancho Drive
3   Las Vegas, Nevada 89102
    Phone (702) 243-7000
4   Facsimile (702) 243-7059

5   Attorneys for Defendant

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                   DISTRICT OF NEVADA – LAS VEGAS

8

9   ANNETTE   McCLAY,   an   individual,      CASE NO.: 2:10-cv-01898-RCJ-RJJ
    DARRELL McCLAY, an individual
10
                Plaintiff,                    **STIPULATION AND ORDER FOR**
11                                            **DISMISSAL WITH PREJUDICE**
    vs.
12
    AMERICAN      FAMILY      MUTUAL
13  INSURANCE   COMPANY,      a   foreign
    corporation; DOES I-X; ROE INSURANCE
14  COMPANIE I-X; ROE CORPORATIONS
    I-X, inclusive,
15
                Defendants.
16

17      IT IS HEREBY STIPULATED AND AGREED by and between G. Dallas Horton, Esq.,

18  of G. Dallas Horton & Associates, attorney for the Plaintiffs, ANNETTE McCLAY AND

19  DARRELL McCLAY, and Douglas M. Rowan, Esq., of Atkin, Winner & Sherrod, attorney for

20  Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY that the Plaintiffs'

21  Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's

22  fees.

23      IT IS FURTHER STIPULATED AND AGREED that no jury fees were posted in the

24  above referenced matter.

25  / / /

26  / / /

27  / / /

28

ATKIN WINNER & SHERROD
ATTORNEYS AT LAW
1117 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89102
PHONE (702) 243-7000 FACSIMILE (702) 243-7059

1      IT IS FURTHER STIPULATED AND AGREED that no trial date has been scheduled in

2   the above referenced matter.

3   DATED: _10/24/11_                    DATED: _9/30/11_

4   ATKIN WINNER & SHERROD              G. DALLAS HORTON & ASSOCIATES

5

6   By: _____        By: _____

7       Douglas M. Rowan, Esq.             G. Dallas Horton, Esq.
        Nevada Bar No. 4736                Nevada Bar No. 5996
8       1117 So. Rancho Drive              4435 So. Eastern Avenue
        Las Vegas, NV  89102               Las Vegas, NV  89119
9       (702) 243-7000                     (702) 380-3100
        Attorneys for Defendant            Attorneys for Plaintiffs

10

11

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

<u>ORDER</u>

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiffs' Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this __15TH__ day of __NOVEMBER_____ 2011.

_____
~~UNITED STATES DISTRICT COURT JUDGE~~

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Douglas M. Rowan, Esq.
Nevada Bar No. 4736
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

ATKIN WINNER & SHERROD
ATTORNEYS AT LAW
1117 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89102
PHONE (702) 243-7000 FACSIMILE (702) 243-7059