1  DOUGLAS M. ROWAN
   Nevada Bar No. 4736
2  ATKIN WINNER & SHERROD
   1117 South Rancho Drive
3  Las Vegas, Nevada 89102
   Phone (702) 243-7000
4  Facsimile (702) 243-7059

5  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA – LAS VEGAS

| ANNETTE McCLAY, an individual, DARRELL McCLAY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation; DOES I-X; ROE INSURANCE COMPANIE I-X; ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:10-cv-01898-RCJ-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
|---|---|

IT IS HEREBY STIPULATED AND AGREED by and between G. Dallas Horton, Esq., of G. Dallas Horton & Associates, attorney for the Plaintiffs, ANNETTE McCLAY AND DARRELL McCLAY, and Douglas M. Rowan, Esq., of Atkin, Winner & Sherrod, attorney for Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY that the Plaintiffs' Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED AND AGREED that no jury fees were posted in the above referenced matter.

/ / /

/ / /

/ / /

1     IT IS FURTHER STIPULATED AND AGREED that no trial date has been scheduled in
2 the above referenced matter.
3 DATED: __10/24/11__      DATED: __9/30/11__
4 ATKIN WINNER & SHERROD      G. DALLAS HORTON & ASSOCIATES

6 By: ___[signature]___      By: ___[signature]___
    Douglas M. Rowan, Esq.      G. Dallas Horton, Esq.
7     Nevada Bar No. 4736      Nevada Bar No. 5996
    1117 So. Rancho Drive      4435 So. Eastern Avenue
8     Las Vegas, NV 89102      Las Vegas, NV 89119
    (702) 243-7000      (702) 380-3100
9     Attorneys for Defendant      Attorneys for Plaintiffs

12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiffs' Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this __15TH__ day of __NOVEMBER__ 2011.

*Robert J. Johnston*
~~UNITED STATES DISTRICT COURT JUDGE~~

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Douglas M. Rowan, Esq.
Nevada Bar No. 4736
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

ATKIN WINNER & SHERROD
ATTORNEYS AT LAW
1117 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89102
PHONE (702) 243-7000 FACSIMILE (702) 243-7059